AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CALEB CLARK, et al.<br><br>*Plaintiff(s)*<br>v.<br>POTEMKIN RESTAURANT, a limited liability company, VLADISLAV REZNYKOV, individually, and DANIEL ESTRIN, individually<br><br>*Defendant(s)* | Civil Action No.  15-CV-23849-Lenard/Goodman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VLADISLAV REZNYKOV
16850 COLLINS AVE UNIT 106A
SUNNY ISLES BEACH, FL 33160


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Whitelock & Associates, P.A.
300 SE 13th Street
Fort Lauderdale, Florida  33316


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Oct 15, 2015



Steven M. Larimore
Clerk of Court

SUMMONS

s/ S. Reid
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CALEB CLARK, et al.<br><br>*Plaintiff(s)*<br>v.<br>POTEMKIN RESTAURANT, a limited liability company, VLADISLAV REZNYKOV, individually, and DANIEL ESTRIN, individually<br><br>*Defendant(s)* | Civil Action No. 15-CV-23849-Lenard/Goodman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DANIEL ESTRIN
128 Brighton 11th Street, 2nd Floor
Brooklyn, NY, 11235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Whitelock & Associates, P.A.
300 SE 13th Street
Fort Lauderdale, Florida  33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 15, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ S. Reid*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CALEB CLARK, et al.<br><br>*Plaintiff(s)*<br>v.<br><br>POTEMKIN RESTAURANT, a limited liability company, VLADISLAV REZNYKOV, individually, and DANIEL ESTRIN, individually<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 15-CV-23849-Lenard/Goodman |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   POTEMKIN RESTAURANT, by serving its Registered Agent:
Vladislav Reznykov
16850 COLLINS AVE UNIT 106A
SUNNY ISLES BEACH, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Whitelock & Associates, P.A.
300 SE 13th Street
Fort Lauderdale, Florida  33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 15, 2015

Steven M. Larimore
Clerk of Court

s/ S. Reid
Deputy Clerk
U.S. District Courts